UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FRANK BRUNCKHORST CO., L.L.C., :
:
       Plaintiff, :
:
       v. : Civil Action No.  CV – 11:2559
:
BUTTERBALL, LLC, :
:
       Defendant. :
:

## NOTICE OF VOLUNTARY DISMISSAL OF ACTION

     Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff hereby respectfully requests that the above-captioned suit be dismissed without prejudice.

                                                      Respectfully submitted,

Dated:  September 12, 2011            /s/ R. Glenn Schroeder
                                                      Charles R. Hoffmann
                                                      R. Glenn Schroeder
                                                      HOFFMANN & BARON, LLP
                                                      6900 Jericho Turnpike
                                                      Syosset, New York  11791
                                                      Telephone: 516-822-3550
                                                      Facsimile: 516-822-3582
                                                      crhdocket@hbiplaw.com
                                                      rgsdocket@hbiplaw.com

                                                      Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, R. Glenn Schroeder, do hereby certify that I have served the attached **NOTICE OF VOLUNTARY DISMISSAL OF ACTION** was served via first class mail and email this 12th day of September, 2011 upon at the following address:

>Daniel H. Marti, Esq.
>Kilpatrick Stockton LLP
>607 14th Street NW
>Suite 900
>Washington, DC 20005-2018

/s/ R. Glenn Schroeder
R. Glenn Schroeder